# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1602
_____

Violet L. Goodwin

*Plaintiff - Appellant*

v.

Vander, in their individual capacity; Swaag, in their individual capacity; Jordan, in their individual capacity

*Defendants - Appellees*

Omaha Police Department

*Defendant*

City of Omaha

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: October 16, 2024
Filed: October 21, 2024
[Unpublished]
_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Violet Goodwin appeals the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action. After careful review, we conclude that the district court did not err in granting judgment for the defendants, res judicata does not apply, and the court did not abuse its discretion in denying Goodwin's recusal motion. See Jessie v. Potter, 516 F.3d 709, 712 (8th Cir. 2008) (de novo review of summary judgment); Fetherkile v. Fetherkile, 907 N.W.2d 275, 286 (Neb. 2018) (res judicata requires involvement of same parties in both actions); Akins v. Knight, 863 F.3d 1084, 1086 (8th Cir. 2017) (per curiam) (abuse of discretion review of recusal decisions). Accordingly, we deny Goodwin's pending motions and affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.